UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

ANNIE MATTHEWS,                              Court File No. 05CV1005(MJD/SRN)

      PLAINTIFF,

                                          **ORDER FOR JUDGMENT**

vs.

THIES & TALLE MANAGEMENT
CORPORATION,

      DEFENDANT.

---

    Based on the foregoing Stipulation of Dismissal Without Prejudice, and the Court being advised in this matter,

    IT IS HEREBY ORDERED that the action be and the same is hereby dismissed without prejudice and without costs to any of the parties hereto.

    THERE BE NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: December 23, 2005                      BY THE COURT


                                                s / Michael J. Davis
                                                Honorable Michael J. Davis
                                                Judge of the U.S. District Court